# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL DAVID SCHMIDT, <br><br> Petitioner, <br><br> v. <br><br> EDWARD EVANS, <br> **Interim DOC Director,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) Case No. CIV 12-462-RAW-KEW <br> ) <br> ) <br> ) <br> ) <br> ) |

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's petition for a writ of habeas corpus for his failure to exhaust state court remedies. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED** this 17th day of September 2013.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE